# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LOUIS J. PETERSON, D.C., on behalf of Patients E, I, K, L, N, P, Q, and R, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, and UNITED HEALTHCARE SERVICE LLC,<br><br>Defendants. | Case No. 0:14-cv-02101-PJS-BRT<br><br><br>**PLAINTIFF'S NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that Plaintiff's Motion for Leave to File Third Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) will be heard on Wednesday, March 27, 2019 at 11:00 a.m. before the Honorable Becky R. Thorson, United States Magistrate Judge, at the United States Courthouse, 326 North Robert Street, St. Paul, Minnesota 55101.

6751300.1

Dated: February 28, 2019

/s/ Karen Hanson Riebel
Karen Hanson Riebel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
612.339.6900
612.339.0981 (fax)

Anthony F. Maul
THE MAUL FIRM, P.C.
101 Broadway, Suite 3A
Oakland, CA 94607
510.496.4477
866.488.7936 (fax)

Respectfully submitted,

D. Brian Hufford
Jason S. Cowart
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
212.704.9600
212.704.4256 (fax)

/s/ Andrew N. Goldfarb
Andrew N. Goldfarb
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
202.778.1800
202.822.8106 (fax)

Vincent N. Buttaci
John W. Leardi
Paul D. Werner
BUTTACI LEARDI & WERNER, LLC
212 Carnegie Center, Suite 202
Princeton, NJ 08540
609.799.5150
609.799.5180 (fax)

*Counsel for Plaintiff and the Putative Class*