UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

LOUIS J. PETERSON, D.C.,

                Plaintiff,

    v.

UNITEDHEALTH GROUP INC., *et al.*,

                Defendants.

Civil No. 14-CV-02101 (PJS/BRT)

### ORDER STRIKING CLASS ALLEGATIONS AND DISMISSING ACTION WITH PREJUDICE

Pursuant to the Stipulation Striking Class Allegations and Dismissing Action with Prejudice filed by Plaintiff Louis J. Peterson, D.C. ("Plaintiff") and Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., UnitedHealthCare Insurance Company, and United HealthCare Service LLC (collectively "Defendants," and with Plaintiff, the "Parties") in the above-captioned action:

1. All class allegations (including those at paragraphs 45-53, Prayer for Relief paragraph A, and all other references to a "class" or "putative class") shall be stricken from the Second Amended Complaint (ECF No. 77), such that no class allegations remain pending; and

2. Plaintiff's remaining claims in the above-captioned action are voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

3. Except as otherwise agreed to by the Parties, the Parties agree to bear their own costs and attorneys' fees.

IT IS SO ORDERED:

s/Patrick J. Schiltz_____    \_10/4/19_____
Patrick J. Schiltz                  Date
United States District Judge